UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN PETER WARD, individually and on
behalf of all others similarly situated,
Plaintiff,

Case No: 6:15-cv-00336-CEM-KRS

vs.

LOANDEPOT.COM, LLC,
Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS  related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

**X** IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: April 1, 2015                                                    RESPECTFULLY SUBMITTED,

By: /s/ *Benjamin H. Crumley*
Benjamin H. Crumley
Florida Bar No. 018284
Crumley & Wolfe, P.A.
2254 Riverside Avenue
Jacksonville, FL 32204
Phone: (904) 374-0111
Fax: (904) 374-0113
Email: ben@cwbfl.com


W. Craft Hughes
Texas Bar No. 24046123
*Admitted Pro Hac Vice*
Jarrett L. Ellzey
Texas Bar No. 24040864
*Admitted Pro Hac Vice*
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
Email: craft@hughesellzey.com
Email: jarrett@hughesellzey.com
*Attorneys and Trial Counsel for Plaintiff*