# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN PETER WARD and JENNIFER NAMCHI VU,**

      **Plaintiffs,**

**v.**                                                      **Case No:   6:15-cv-336-Orl-41KRS**

**LOANDEPOT.COM, LLC,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, MEMORANDUM IN SUPPORT, AND REQUEST TO STAY BRIEFING PENDING COMPLETION OF DISCOVERY (Doc. No. 18)**
>
> **FILED:**     **May 21, 2015**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED WITHOUT PREJUDICE**.

Counsel for Plaintiff filed a motion for class certification before they developed evidence necessary to establish that class certification would be appropriate. They contend that it was proper to do so under *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011), "in order to avoid being 'picked off' through a Rule 68 offer or individual settlement offer." Doc. No. 18, at 2. The United States Court of Appeals for the Eleventh Circuit does not follow *Damasco*. *Stein v. Buccanneers*

*Ltd. P'ship*, 772 F.3d 698, 708 (11th Cir. 2014)(noting that the *Damasco* approach "would produce unnecessary and premature certification motions in some cases and unnecessary gamesmanship in others.").

I further **respectfully recommend** that the Court establish a schedule for briefing class certification issues when it issues a Case Management and Scheduling Order. A renewed motion for class certification must be supported by evidence and law sufficient to satisfy the requirements of Federal Rule of Civil Procedure 23. *Cf. Haight v. Bluestem Brands, Inc.*, No. 6:13-cv-1400-Orl-28KRS, Doc. Nos. 55, 57 (M.D. Fla. May 15 and June 1, 2015)(denying motion to approve settlement class).

Recommended in Orlando, Florida on July 17, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy