UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEVIN PETER WARD and JENNIFER NAMCHI VU,**

      **Plaintiffs,**

v.                                           **Case No: 6:15-cv-336-Orl-41KRS**

**LOANDEPOT.COM, LLC,**

      **Defendant.**

                                                         /

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Motion for Class Certification (Doc. 18). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 27), which recommends that the Motion for Class Certification be denied without prejudice. (R. & R. at 1). Judge Spaulding further recommends that this Court establish a briefing schedule for certification issues in this case. (*Id.* at 2).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Class Certification (Doc. 18) is **DENIED without prejudice**.

3. In addition to the information required by Local Rule 3.05(c)(2), the parties shall submit proposed deadlines for class certification briefing in their case management report.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record