UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN PETER WARD and JENNIFER NAMCHI VU, individually and on behalf of all others similarly situated ,

    Plaintiffs,

vs.

LOANDEPOT.COM, LLC.,

    Defendant
                                      /

Case No. 6:15-CV-00336-CEM-JSS

## NOTICE OF SETTLEMENT

Plaintiffs, KEVIN PETER WARD and JENNIFER NAMCHI VU, and Defendant, LOANDEPOT.COM, LLC., hereby give notice that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                      *s/ Barbara Fernandez*
                                      Barbara Fernandez
                                      Florida Bar No. 0493767
                                      bfernandez@hinshawlaw.com
                                      West Holden
                                      Florida Bar No. 113569
                                      wholden@hinshawlaw.com
                                      HINSHAW & CULBERTSON LLP
                                      2525 Ponce de Leon Blvd.
                                      4th Floor
                                      Coral Gables, FL 33134
                                      Telephone: 305-358-7747
                                      Facsimile: 305-577-1063
                                      Attorneys for Defendant LOANDEPOT.COM, LLC.

Case No. 6:15-CV-00336-CEM-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Benjamin H. Crumley, Esq.<br>Crumley & Wolfe, PA<br>2254 Riverside Avenue<br>Jacksonville, FL  32204<br>Tel:  904-374-0111<br>Fax:  904-374-0113<br>Attorneys for Plaintiffs | W. Craft Hughes, Esq.<br>Jarrett L. Ellzey<br>Hughes Ellzey LLP<br>2700 Post Oak Boulevard<br>Suite 1120 - Galleria Tower I<br>Houston, TX  77056<br>Tel:  713-554-2377<br>Fax: 888-995-3335<br>craft@hughesellzey.com<br>Jarrett@hughesellzey.com<br>Attorneys for Plaintiffs (*pro hac vice*) |

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West Holden
Florida Bar No. 113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile:  305-577-1063
Attorneys for Defendant LOANDEPOT.COM, LLC.

15166190v1 0974547