UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEVIN PETER WARD and JENNIFER NAMCHI VU,**

      **Plaintiffs,**

v.                                           **Case No: 6:15-cv-336-Orl-41KRS**

**LOANDEPOT.COM, LLC,**

      **Defendant.**

                                         /

**ORDER**

THIS CAUSE is before the Court on Defendant's Notice of Voluntary Dismissal without Prejudice (Doc. 47) and the parties' joint Stipulation for Dismissal with Prejudice (Doc. 48). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record